**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DIANE R. PURSER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:08-CV-2466-CAP-CCH |
| v. ) | |
| ) | |
| WEINSTOCK & SCAVO, P.C., and ) | |
| LOUIS R. COHAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## W&S PARTIES' MOTION FOR SANCTIONS

COME NOW, Weinstock & Scavo, P.C. ("W&S") and Louis R. Cohan ("Cohan") (collectively "W&S Parties"), and hereby file this their Motion for Sanctions pursuant to Fed. R. Civ. P. 11 and 15 U.S.C. § 1692k(a)(3). This Motion is based upon the Memorandum and support served herewith as well as the entire record in this case as well as the entire record from the related case, <u>Diane R. Purser v. Trauner, Cohen & Thomas, LLP, et. al.</u>, U.S.D.C., N.D., Ga., Civil Action File No.: 1:07-CV-395-JOF.

Furthermore, the undersigned counsel for the W&S Parties certify that this Motion was served upon Plaintiff, care of her counsel, and counsel for Plaintiff more than twenty-one (21) days prior to filing the Motion with the Court.

Notwithstanding, Plaintiff and her counsel have failed and refused to dismiss the claims that are the subject of this Motion.

As set forth more particularly in the Brief in Support of this Motion, the W&S Parties respectfully request that this Court enter an Order imposing sanctions upon Plaintiff and her counsel pursuant to Fed. R. Civ. P. 11 and 15 U.S.C. § 1692k(a)(3) for filing and maintaining the frivolous claims set forth in the Complaint filed in this case.

WHEREFORE, the undersigned Weinstock & Scavo, P.C. and Louis R. Cohan respectfully request that this Court enter an Order imposing sanctions on Plaintiff, Diane R. Purser and/or her counsel of record, Robert A. Kaiden, Cristina I. Kaiden, and Ralph Goldberg, pursuant to Fed. R. Civ. P. 11 and 15 U.S.C. § 1692k(a)(3) and award such other and further relief as the Court deems just and appropriate under the circumstances.

### CERTIFICATION OF FONT TYPE AND SIZE

The undersigned counsel for the W&S Parties hereby certifies that this **W&S Parties' Motion for Sanctions** has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

Respectfully submitted this 15th day of September, 2008.

  /s/ Michael Weinstock
Michael Weinstock
Georgia Bar No. 746454
Louis R. Cohan
Georgia Bar No. 173357
Matthew R. Rosenkoff
Georgia Bar No. 842117

*Attorneys for W&S Parties*
3405 Piedmont Road, N.E., Suite 300
Atlanta, Georgia  30305
(404) 231-3999
(404) 231-1618 (facsimile)
Email: mweinstock@wslaw.net
Email: lcohan@wslaw.net
Email: mrosenkoff@wslaw.net

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DIANE R. PURSER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:08-CV-2466-CAP-CCH |
| v. | ) | |
| | ) | |
| WEINSTOCK & SCAVO, P.C., and | ) | |
| LOUIS R. COHAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Cristina I. Kaiden & Robert A. Kaiden    (kaidenlaw@msn.com)
Ralph S. Goldberg                        (attorneygoldberg@hotmail.com)

4

Respectfully submitted this 15th day of September, 2008.

**WEINSTOCK & SCAVO, P.C.**

　/s/ Michael Weinstock
Michael Weinstock
Georgia Bar No. 746454
Louis R. Cohan
Georgia Bar No. 173357
Matthew R. Rosenkoff
Georgia Bar No. 842117

3405 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305
(404) 231-3999
(404) 231-1618 (facsimile)
Email: mweinstock@wslaw.net
Email: lcohan@wslaw.net
Email: mrosenkoff@wslaw.net