```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

DIANE R. PURSER,

      Plaintiff,           CIVIL ACTION

  v.                     NO. 1:08-CV-2466-CAP

WEINSTOCK & SCAVO, P.C. and
LOUIS R. COHAN,

      Defendants.

### **O R D E R**

This matter is now before the court on the magistrate judge's report and recommendation ["R&R"] [Doc. No. 18] and the plaintiff's objections to the R&R [Doc. No. 22]. In the R&R, the magistrate judge recommended that this court grant the defendants' motion to dismiss [Doc. No. 3] and deny the defendants' motion for sanctions [Doc. No. 11].

After a thorough and careful review of the record of the case, the magistrate judge's R&R, and the plaintiff's objections thereto, the court **ADOPTS** the background facts set forth in the R&R. For the reasons set forth in footnote four of the R&R, the court concludes that the plaintiff has failed to state a claim pursuant to the Fair Debt Collection Practices Act ("FDCPA"). The court declines to exercise supplemental jurisdiction over the plaintiff's remaining state law claims; accordingly, the court **GRANTS** the defendants' motion to dismiss [Doc. No. 3].

Because the court agrees with the magistrate judge that the plaintiff's claims are not so contrary to existing law that they are deemed frivolous, the court **DENIES** the defendants' motion for sanctions [Doc. No. 11].

It appears to the court that there are no further issues remaining in this case. Accordingly, the clerk is **DIRECTED** to dismiss this case with prejudice as to the plaintiff's FDCPA claims and without prejudice as to the plaintiff's state law claims. The clerk is further **DIRECTED** to close this file

SO ORDERED, this 8th day of January, 2009.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge