IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANE R. PURSER, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION |
| § | FILE NO.: 1:08-CV-2466-CAP-CCH |
| WEINSTOCK & SCAVO, P.C. and § | |
| LOUIS R. COHAN, § | |
|     Defendants. § | |

## NOTICE OF APPEAL

Notice is hereby given that Diane R. Purser, plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered in this action on January 8, 2009.

This the 6th day of February, 2009.

Respectfully submitted,

Kaiden & Kaiden, LLC

/s/ Robert Kaiden, Esq.

| | |
|---|---|
| 1850 Lake Park Drive, Suite 204 | Robert Kaiden |
| Smyrna, GA 30080, Georgia | Attorney for Plaintif |
| Phone:    (770) 801-9950 | Georgia Bar No.: 406030 |
| Fax:  (770) 801-0724 | |
| E-mail: Kaidenlaw@msn.com | |

/s/ Cristina Kaiden, Esq.

| | |
|---|---|
| 1850 Lake Park Drive, Suite 204 | Cristina Kaiden |
| Smyrna, GA 30080, Georgia | Attorney for Plaintiff |
| Phone: (770) 801-9950 | Georgia Bar No.: 406018 |
| Fax: (770) 801-0724 | |
| E-mail: kaidenlaw@msn.com | |

|  |  |
|---|---|
|  | Goldberg & Cuvillier, P.C |
|  | /s/ Ralph Goldberg |
| 755 Commerce Drive, Suite. 600 | Ralph Goldberg |
| Decatur, GA 30030 | Attorney for Plaintiff |
| Tel. (404) 378-7700 | Georgia Bar No.: 299475 |
| Fax (404) 378-7708 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Louis R. Cohan, Email: lcohan@wslaw.net
Matthew Robert Rosenkoff, Email: mrosenkoff@wslaw.net
Michael Weinstock, Email: mweinstock@wslaw.net

Non CM/ECF participants: None.

|  |  |
|---|---|
|  | s/ Robert Kaiden, Esq. |
| 1850 Lake Park Drive, Suite 204 | Robert Kaiden |
| Smyrna, GA 30080 | Attorney for Plaintiff |
| Tel. (770) 801-9950 | Georgia Bar No.: 406030 |
| Fax (770) 801-0724 |  |
| E-mail: kaidenlaw@msn.com |  |

## **LOCAL RULE 5.1 CERTIFICATION**

Counsel certifies that the *Notice of Appeal* was prepared in accordance with the type and font selection approved by Local Rule 5.1 in Times New Roman using a 14 point font.

                                                Respectfully submitted,

                                                s/ Robert Kaiden, Esq.

1850 Lake Park Drive, Suite 204    Robert Kaiden
Smyrna, GA 30080    Attorney for Plaintiff
Tel. (770) 801-9950    Georgia Bar No.: 406030
Fax (770) 801-0724
E-mail: kaidenlaw@msn.com