## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
CLERK OF COURT

CIVIL SECTION  
404-215-1655

February 9, 2009

Thomas K. Kahn, Clerk  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia  30303

      **U.S.D.C. No.: 1:08-cv-2466-CAP**  
      **U.S.C.A. No.: 00-00000**  
      **In re:     *Diane R. Purser v. Weinstock & Scavo, P.C. et al***

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| X | Fee paid on 2/6/09 . |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| ___ | The District Judge is . |
| ___ | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                                James N. Hatten  
                                                Clerk of Court

                                        By:   /s/ Elaine N. McFarland  
                                                    Deputy Clerk

Enclosures