

**Gordon Fields/CA11/11/USCOURTS**
04/28/2009 04:38 PM

To   Elaine McFarland/GAND/11/USCOURTS@USCOURTS

cc   Denza Bankhead/GAND/11/USCOURTS@USCOURTS,
Kimberly A Carter/GAND/11/USCOURTS@USCOURTS,
Precious McClam/GAND/11/USCOURTS@USCOURTS,

bcc

Subject   1st Request for ROA:  09-10635-DD (DC: 1:08-02466 CV CAP 1)

CA11 GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226