# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
CLERK OF COURT

CIVIL SECTION  
404-215-1655

May 1, 2009

Thomas K. Kahn, Clerk  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

**U.S.D.C. No.: 1:08-cv-2466-CAP**  
**U.S.C.A. No.: 09-10635-DD**  
**In re:**        *Diane R. Purser v. Weinstock & Scavo, P.C. et al*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_\_  Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

\_\_\_\_  This is not the first notice of appeal.  Other notices were filed on: .

\_\_\_\_  There is no transcript.

\_\_\_\_  The court reporter is .

\_\_\_\_  There is sealed material as described below: .

__X__  Other: ROA - 2 Vol. pleadings; 1 Vol. Sealed Pleadings.

\_\_\_\_  Fee paid on .

\_\_\_\_  Appellant has been  leave to file *in forma pauperis*.

\_\_\_\_  This is a bankruptcy appeal.  The Bankruptcy Judge is .

\_\_\_\_  The Magistrate Judge is .

\_\_\_\_  The District Judge is .

\_\_\_\_  This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten  
Clerk of Court

By:   /s/ Elaine N. McFarland  
       Deputy Clerk

Enclosures