# United States Court of Appeals
## For the Eleventh Circuit

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 26 2009

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

---

No. 09-10635

District Court Docket No.
08-02466-CV-CAP-1

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 27, 2009

THOMAS K. KAHN
CLERK

---

DIANE R. PURSER,

    Plaintiff-Appellant,

versus

WEINSTOCK & SCAVO, P.C.,
LOUIS R. COHAN,

    Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Northern District of Georgia

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JUN 25 2009
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: May 27, 2009
For the Court: Thomas K. Kahn, Clerk
By: Clark, Djuanna

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 09-10635
Non-Argument Calendar

———————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 27, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-02466-CV-CAP-1

DIANE R. PURSER,

                                                                                   Plaintiff-Appellant,

versus

WEINSTOCK & SCAVO, P.C.,
LOUIS R. COHAN,

                                                                                    Defendants-Appellees.

———————————

Appeal from the United States District Court
for the Northern District of Georgia

———————————

(May 27, 2009)

Before TJOFLAT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

       For the reasons stated in the district court's dispositive order of January 8,

2009, we agree that appellant failed to state a claim for relief under the Fair Debt Collection Act. Further, we find no abuse of discretion in the district court's decision not to exercise its supplemental jurisdiction and to dismiss appellant's state law claims without prejudice.

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia